IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.C., a Minor, by MARIA PINO and THOMAS CINTAO, Guardians, and MARIA PINO and THOMAS CINTAO, Individually | : : : : : | CIVIL ACTION<br><br>NO. 13-3681 |
| Plaintiffs, | : : | |
| v. | : : | |
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE, | : : : : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 9th day of October, 2013, upon consideration of Plaintiffs' Motion to Amend and Certify Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(B), the responses filed thereto, and after oral argument having been held, it is hereby **ORDERED** that said Motion (Docket No. 25) is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S. J.